# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION AT DAYTON

myCUmortgage, LLC,                          :
                                            :       Case No. 3:19-cv-00022
        Plaintiff,                          :
                                            :
vs.                                         :       District Judge Walter H. Rice
                                            :       Magistrate Judge Sharon L. Ovington
                                            :
Wilford L. Davis, *et al.*,                 :       **DECISION AND ENTRY**
                                            :
        Defendants.                         :

The Court has conducted a <u>de novo</u> review of the Report and Recommendations of

United States Magistrate Judge Sharon L. Ovington (Doc. #7), to whom this case was

originally referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been

filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has

expired, hereby **ADOPTS** said Report and Recommendations.

It is therefore **ORDERED** that:

1. The Report and Recommendations docketed on May 8, 2019 (Doc. #7) is
   ADOPTED in full;

2. Plaintiff's Objection to Defendant's Petition for Removal (Doc. #6) is
   SUSTAINED; and

3. The case is DISMISSED and terminated on the Court's docket.

_____ nunc Pro tunc
        Walter H. Rice                    5-23-19
United States District Judge